Donald R. Forbes, SBN: 081905
**HELON & MANFREDO LLP**
Attorneys at Law
735 W. Alluvial Avenue, Suite 102
Fresno, California 93711

Telephone:   (559) 226-4420
Facsimile:   (559) 226-1524
Email:       dforbes@helonmanfredo.com

Attorneys for **Defendants, BENJAMIN T. SANTOS dba LUPE'S RESTAURANT, et al.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RACHEL LOBATO,<br><br>            Plaintiff,<br><br>      v.<br><br>BENJAMIN T. SANTOS dba LUPE'S RESTAURANT; ALICIA M. SANTOS dba LUPE'S RESTAURANT; MARGRET ELIZABETH CORTEZ; ANNA MARIE CISNEROS,<br><br>            Defendants. | **CASE NO. 1:15-cv-01559--JLT**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER**<br><br>**(Doc. 8)** |

Plaintiff, RACHEL LOBATO ("Plaintiff") and BENJAMIN T. SANTOS dba LUPE'S RESTAURANT, ALICIA M. SANTOS dba LUPE'S RESTAURANT, MARGRET ELIZABETH CORTEZ, and ANNA MARIE CISNEROS (collectively "Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate to an extension of time for the Santos defendants so all to respond to Plaintiff's complaint at one time in a

single pleading. There have been no previous extensions of time in this action. The new deadline for Defendants to file an answer or otherwise respond to the complaint is January 15, 2015.

IT IS SO STIPULATED.

Dated: December _____, 2015        MOORE LAW FIRM, PC

_____
Tanya Moore, Attorney for Plaintiff, Rachel Lobato

Dated: December _____, 2015        HELON & MANFREDO LLP

_____
Donald R. Forbes, Attorney for Defendants, Benjamin T. Santos dba Lupe's Restaurant, Alicia M. Santos dba Lupe's Restaurant, Margret Elizabeth Cortez, and Anna Marie Cisneros

## **ORDER**

Good cause appearing from the parties' stipulation,

IT IS ORDERED THAT all named Defendants shall have through and including January 15, 2016 to file a responsive pleading to the complaint on file herein.

IT IS SO ORDERED.

Dated:   **December 4, 2015**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

HELON & MANFREDO, LLP
ATTORNEYS AT LAW
735 W. ALLUVIAL AVE., SUITE 102
FRESNO, CALIFORNIA 93711
TELEPHONE (559) 226-4420