**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL LOBATO, ) | Case No.: 1:15-cv-01559 --- JLT |
| Plaintiff, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. ) | (Doc. 10) |
| BENJAMIN T. SANTOS dba LUPE'S RESTAURANT, et al., ) | |
| Defendants. ) | |

On January 20, 2016, the parties notified the Court they have reached an agreement to resolve the matter. (Doc. 10) Counsel report they will finalize the settlement and dismiss the action by February 22, 2016. Id. Therefore, based upon the stipulation, the Court **ORDERS**:

1. The stipulated request for dismissal **SHALL** be filed no later than **February 22, 2016**.
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

IT IS SO ORDERED.

Dated:  **January 21, 2016**                 **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE