Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>    Plaintiff,<br><br>  vs.<br><br>BENJAMIN T. SANTOS dba LUPE'S RESTAURANT, et al.,<br><br>    Defendants. | No. 1:15-cv-01559---JLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE MATTER**<br><br>(Doc. 12) |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 27, 2016                MOORE LAW FIRM, P.C.


                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff
                                      Rachel Lobato

**ORDER**

The notice of voluntary dismissal relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required for the dismissal. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Here, no other party has appeared in this action. Thus, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal without prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **January 27, 2016**          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE